No. 63364.—Louis J. Solomon et al. *v.* United States, protests 58/22295, etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.

No. 63365.—Allerton Importers, Inc., et al. *v.* United States, protests 58/22299, etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.

No. 63366.—Southern Leather Corp. *v.* United States, protests 58/22332 and 58/22333 (New York).

Opinion by MOLLISON, J. The protests were dismissed.

SEPTEMBER 15, 1959

No. 63367.—SUIT 4976.—United States *v.* Sandoz Chemical Works, Inc.—

Abstract 62222, rehearing of C.D. 1956, affirmed June 30, 1959. C.A.D. 711.

SEPTEMBER 16, 1959

No. 63368.—SUIT 4950.—A. Millner Co. *v.* United States.—

—C.D. 1935 affirmed May 22, 1959. C.A.D. 706.

No. 63369.—SUIT 4989.—United States *v.* S. H. Kress & Co.—

—C.D. 2037 affirmed July 10, 1959. C.A.D. 716.

SEPTEMBER 17, 1959

No. 63370.—SUIT 5003.—United States *v.* A. N. Deringer, Inc.—

—A.R.D. 102. (Appeal dismissed June 24, 1959.)

BEFORE THE FIRST DIVISION, SEPTEMBER 22, 1959

No. 63371.—Hanimex USA, Inc., and Frank P. Dow Co., Inc. *v.* United States, protests 274791–K and 289931–K (San Francisco).